IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case Number: 5:20-cv-92

| | |
|---|---|
| DAVID TORRES, <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME IMPROVEMENT, LLC <br><br> Defendant. | **ORDER GRANTING JOINT MOTION TO STAY CASE PENDING ARBITRATION** |

This matter is before the Court on the joint motion of the parties to stay the case pending binding arbitration of the matter according to the terms of an enforceable arbitration agreement. Upon review of the joint motion, and for good cause shown, the Court GRANTS the joint motion, refers the matters to binding arbitration, and STAYS this matter until the completion of the arbitration. The parties are DIRECTED to file a joint report specifying the status of the arbitration within 120 days of the date of this order and every 120 days thereafter, or upon completion of the arbitration, whichever is earlier.

SO ORDERED, this 31st day of March, 2020.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
United States District Court Judge